## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GINA WEISBLAT, | ) | Case No. 1:22-cv-02064 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| JOHN CARROLL UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

On February 7, 2024, the parties submitted a joint status report proposing an amended case management schedule.  (ECF No. 23.)  On review of the status report and for good cause shown, the Court **AMENDS** the operative Case Management Plan and Scheduling Order.  (ECF No. 21; *see also* Minutes, Nov. 28, 2023.)  The schedule is as follows:

| | |
|---|---|
| Fact discovery deadline: | March 11, 2024 |
| Dispositive motion deadline: | April 10, 2024 |

**SO ORDERED**.

Dated:  February 8, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio