### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Dr. Gina Weisblat, ) | |
| ) | Case No. 1:22-cv-2064 |
| Plaintiff, ) | |
| ) | Judge J. Philip Calabrese |
| v. ) | |
| ) | Magistrate Judge Jonathan D. Greenberg |
| ) | |
| John Carroll University, ) | |
| Defendant. ) | |

## MOTION BY COUNSEL FOR PLAINTIFFS
## FOR LEAVE TO WITHDRAW

The undersigned counsel requests leave of this Court to withdraw as counsel of record for Dr. Gina Weisblat ("Plaintiff"). As required by Rule 83.9, written notice has been provided to the clients and all other parties as of this date.

Withdrawal has become necessary in view of an irreconcilable breakdown in the attorney-client relationship. In order to prevent any violation of the attorney-client privilege and to preserve client confidentiality, upon the Court's request, the undersigned counsel will provide declaration(s) and/or supporting details to this Court under seal for in camera review.

The relief requested in this Motion is sought in good faith and is not interposed for the purpose of delay.

    Respectfully submitted

/s/ John D. Gugliotta
John D. Gugliotta (0062809)
Gugliotta & Gugliotta LPA
3020 W. Market St.
Akron, Ohio 44333
Telephone: (330) 253-2225
Fax: (330) 253-6658

    johng@inventorshelp.com

    /s/ Joseph A. Dunne
    Joseph A. Dunne *pro hac vice*
    SRIP Law
    175 Pearl St. 3rd Floor
    Brooklyn, NY  11201
    Telephone: (561) 404-4350
    Joseph.dunne@sriplaw.com

    Counsel for the Plaintiffs

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing Motion was served on the following by delivering said copy on March 12 2024, via e-mail to counsel for Defendant at the following address:

    Phillip R. Bautista
    pbautista@taftlaw.com
    Taft Stettinius & Hollister LLP
    200 Public Square, Suite 3500
    Cleveland, OH 44114-2302

    Rachel A. Smoot
    rsmoot@taftlaw.com
    Taft Stettinius & Hollister LLP
    41 S. High Street, Suite 1800
    Columbus, OH 43215-4213

    Respectfully submitted,

    */s/ John D. Gugliotta*
    John D. Gugliotta