**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GINA WEISBLAT, | ) | Case No. 1:22-cv-2064 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Jonathan D. |
| | ) | Greenberg |
| JOHN CARROLL UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **JUDGMENT**

The Court filed its Opinion and Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  September 12, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio